UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROOSEVELT ALLEN
(#91242)

CIVIL ACTION

VERSUS

NO. 10-202-JVP-DLD

BURL CAIN, ET AL

## RULING ON PETITION
## FOR WRIT OF HABEAS CORPUS

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation (doc. 2) of United States Magistrate Judge Docia L. Dalby dated June 17, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed without prejudice to later application upon exhaustion of state court post-conviction remedies.

Judgment to be entered accordingly.

Baton Rouge, Louisiana, ~~July~~ August 11, 2010.

_____
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA